UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER TORRE,<br><br>    *Plaintiff,*<br><br>v.<br><br>CHRISTINA KARDOONI and MCKAILA COULTER,<br><br>    *Defendants.* | Civil Action No. 2:22-CV-4693<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Christopher Torre ("Plaintiff") and defendant Christina Kardooni ("Kardooni"), that the time within which Kardooni is to answer, move, or otherwise plead with respect to Plaintiff's Complaint is extended through and including **September 26, 2022**.

Kardooni previously obtained a fourteen-day extension of time to respond to Plaintiff's Complaint, pursuant to L. Civ. R. 6.1 (b).

**FOX ROTHSCHILD LLP**
*Attorneys for defendant Christina Kardooni*

By:   /s/ Jordan B. Kaplan_____
      Jordan B. Kaplan, Esq.

**LEWIS & LIN, LLC**
*Attorneys for plaintiff Christopher Torre*

By:   /s/ David D. Lin_____
      David D. Lin, Esq.

SO ORDERED:

_____
HON.

Dated:_____

137400889.1