UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER TORRE,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHRISTINA KARDOONI and MCKAILA COULTER,<br><br>*Defendants.* | CIVIL ACTION NO.: 2:22-CV-4693<br><br>STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Christopher Torre ("Plaintiff") and Defendant McKaila Coulter ("Coulter"), that the time within which Coulter is to answer, move, or otherwise plead with respect to Plaintiff's Complaint is extended through and including **September 26, 2022**.

Coulter previously obtained a fourteen-day extension of time to respond to Plaintiff's Complaint, pursuant to L. Civ. R. 6.1 (b).

**HAMMERMAN ROSEN LLP**

By: *Marvin Hammerman*
Marvin J. Hammerman, Esq.
*Attorney for Defendant,*
*McKaila Coulter*

Dated: August 31, 2022

**LEWIS & LIN, LLC**

By: /S/ David Lin
David D. Lin, Esq.
*Attorney for Plaintiff,*
*Christopher Torre*

Dated:

**SO ORDERED:**

_____
Hon.

Dated:

SO ORDERED

s/Michael A. Hammer
Michael A. Hammer, U.S.M.J.

Date: 9/1/2022