# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER TORRE,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTINA KARDOONI, et al.,<br><br>    Defendants. | Civil Action<br><br>Case No. 2:22-cv-04693-SDW-MAH<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2) AND FED. R. CIV. P. 12(B)(6)** |

    PLEASE TAKE NOTICE that on **Monday, November 7, 2022 at 9:00 in the forenoon** or as soon thereafter as counsel may be heard, defendant Christina Kardooni ("Kardooni"), by and through her counsel, Fox Rothschild LLP, shall move before the United States District Court for the District of New Jersey pursuant to Fed. R. Civ. P. 12(b)(2) for an order dismissing plaintiff Christopher Torre's ("Plaintiff") Complaint or, in the alternative, pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing Count One of Plaintiff's Complaint, with prejudice..

    PLEASE TAKE FURTHER NOTICE that in support of this motion, Kardooni shall rely upon the accompanying Memorandum of Law in Support of Motion and the Declaration of Christina Kardooni, along with the exhibit annexed thereto.

    PLEASE TAKE FURTHER NOTICE that in accordance with L. Civ. R. 7.1(b), a proposed form of Order has also been supplied.

138366806.1

PLEASE TAKE FURTHER NOTICE that, pursuant to L. Civ. R. 7.1(b)(4), Kardooni hereby requests oral argument in the event that this motion is opposed.

Dated: September 26, 2022

        **FOX ROTHSCHILD LLP**
        *Attorneys for defendant Christina Kardooni*

By: _/s/ Jordan B. Kaplan_____
    Jordan B. Kaplan, Esq.
    49 Market Street
    Morristown, New Jersey 07960
    Email: jbkaplan@foxrothschild.com
    Tel: (973) 992-4800
    Fax: (973) 992-9125