**HAMMERMAN ROSEN LLP**
Marvin J. Hammerman, Esq.
585 U.S. 46
Fairfield, New Jersey 07004 Telephone (973) 227-1415
Facsimile (201) 781-5682
Attorneys for Defendant, McKaila Coulter

### UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHIRSTOPHER TORRE<br><br>Plaintiff,<br><br>-vs-<br><br>CHRISTINA KARDOONI and<br>MCKAILA COULTER<br>Defendants | **Civil Action No.: 2:22-cv-04693-SDW-MAH**<br>Judge Susan D. Wigenton, Presiding<br>Judge Michael A. Hammer, Referral<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>Date: November 7, 2022<br>Time: 9:00 a.m.<br>**Oral Argument Requested** |

TO:    David D. Lin, Esq.
       Lewis & Lin, LLC
       77 Sands Street, 6th Floor
       Brooklyn, NY 11201
       david@ilawco.com
       Attorney for Christopher Torre

**COUNSELOR:**

**PLEASE TAKE NOTICE THAT** the undersigned attorneys for McKaila Coulter ("Defendant") will apply to the above named Com1 at the United States District Com1, Newark, New Jersey on November 7, 2022, at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, for an Order dismissing Plaintiffs Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion the undersigned will rely upon the enclosed Memorandum of Law, supporting certifications and

1

exhibits;

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 7.1(e) a proposed Order is annexed hereto; and,

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 78.1(b), Defendants respectfully request that this matter be scheduled for oral argument.

**HAMMERMAN ROSEN LLP**

*s/ Marvin J. Hammerman*
Marvin J. Hammerman (NJ. Bar No. 065462014)
585 U.S. 46
Fairfield, New Jersey 07004 Tel: (973) 227-1415
Fax: (201) 781-5682
Marvin@hammermanrosen.com

*Attorneys for Defendant, McKaila Coulter*

*Dated: September 26, 2022*