**HAMMERMAN ROSEN LLP**
Marvin J. Hammerman, Esq.
585 U.S. 46
Fairfield, New Jersey 07004 Telephone (973) 227-1415
Facsimile (201) 781-5682
Attorneys for Defendant, McKaila Coulter

## UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHIRSTOPHER TORRE<br><br>Plaintiff,<br><br>-vs-<br><br>CHRISTINA KARDOONI and MCKAILA COULTER<br>Defendants | Civil Action No.: 2:22-cv-04693-SDW-MAH<br>Judge Susan D. Wigenton, Presiding<br>Judge Michael A. Hammer, Referral<br><br>**DECLARATION OF MCKAILA COULTER**<br><br>Date: November 7, 2022<br>Time: 9:00 a.m.<br>**Oral Argument Requested** |

I, McKaila Coulter, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am a named Defendant in the above-referenced matter, I make this declaration based upon my personal knowledge.

2. My current address is 1A Warwick Street, Massachusetts, 02740. I was served with Plaintiff's Complaint on August 8, 2022 at the above address.

3. I am originally from Massachusetts.

4. I have never lived in any other State.

5. I have never resided in or been domiciled in the State of New Jersey.

6. I have never worked in the State of New Jersey.

7. I dated Plaintiff from May 2015 through October 2018.

1

8. During that relationship I lived in Massachusetts and Plaintiff lived in New York State, and, on occasion, he would live in Massachusetts with me. During our relationship, I was subjected to mental and physical abuse, including being choked against a wall. Attached as **Exhibit A** is a true and accurate screenshot of an Instagram message between myself and the Plaintiff showing his half-heartedly apology for that incident. None of the domestic incidents of abuse I suffered at Plaintiff's hands occurred in New Jersey.

9. Though I have travelled to and through the State of New Jersey, I have not been in New Jersey for four (4) years and then only for personal reasons such as to enjoy a day at the beach or to pass through to reach other more southern destinations within our country.

10. I have only been to New Jersey a few times in my life, with the last time being in early September 2018, where, upon information and belief, I passed with the Plaintiff through New Jersey to attend a show where Defendant performed in Maryland. Though it was years and years ago, upon information and belief, I may have attended one (1) or two (2) other performances of the Plaintiff within the State of New Jersey, but I barely recollect same. During the time I dated the Plaintiff, he regularly performed in wrestling "matches" all over the country.

11. I have no other connection to the State of New Jersey, no family, nothing I believe that would actually create a connection between me and the State of New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment. I also certify that a true and accurate copy of each document referenced above is attached to this certification.

Sep 26, 2022       _____
                   McKaila Coulter (Sep 26, 2022 13:09 EDT)
                                    McKaila Coulter

# Declaration of Coulter - Motion to Dismiss 1 - Coulter

Final Audit Report                                                                                        2022-09-26

| | |
|---|---|
| Created: | 2022-09-26 |
| By: | Matthew Rosen (matt@hammermanrosen.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAiRmfxjrOvplfMNy1ouycZd7RuKt_clSF |

## "Declaration of Coulter - Motion to Dismiss 1 - Coulter" History

- Document created by Matthew Rosen (matt@hammermanrosen.com)
  2022-09-26 - 5:05:52 PM GMT- IP address: 73.10.205.211

- Document emailed to rimac29@gmail.com for signature
  2022-09-26 - 5:06:10 PM GMT

- Email viewed by rimac29@gmail.com
  2022-09-26 - 5:06:18 PM GMT- IP address: 66.102.8.162

- Signer rimac29@gmail.com entered name at signing as McKaila Coulter
  2022-09-26 - 5:09:29 PM GMT- IP address: 174.196.203.121

- Document e-signed by McKaila Coulter (rimac29@gmail.com)
  Signature Date: 2022-09-26 - 5:09:30 PM GMT - Time Source: server- IP address: 174.196.203.121

- Agreement completed.
  2022-09-26 - 5:09:30 PM GMT

Adobe Acrobat Sign

# EXHIBIT A



**Chris Dickinson**
borndirtydiedirty

We don't even have kids

I don't care about them

Theoretical

Or anyone else

And it's like I'm getting shitted on

For mistakes I made

Stop always comparing it to others

I would never put my hands on you ever

I'm sorry

I'm sorry I pushed you into the wall

I'm fucking sorry

But you should be.

What can I do there's nothing 😳

For the longest time I felt so bad