# HAMMERMAN ROSEN LLP
## COUNSELLORS AT LAW

**MARVIN J. HAMMERMAN**
MARVIN@HAMMERMANROSEN.COM
ADMITTED NJ & PA

OF COUNSEL
LOUIS RAVESON

585 US 46 WEST
FAIRFIELD, NEW JERSEY 07004

WWW.HAMMERMANROSEN.COM

TELEPHONE (973) 227-1415
FACSIMILE (201) 781-5682

**MATTHEW J. ROSEN**
MATT@HAMMERMANROSEN.COM
ADMITTED NJ & NY

LEGAL SECRETARY
SHELBY@HAMMERMANROSEN.COM

September 26, 2022

**Sent Via ECF Filing**
Clerk – Civil
United States District Court – District of New Jersey
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:  Christopher Torre v. Christina Kardooni, Et. Al.
Civil Action No.: 2:22-cv-04693-SDW-MAH**

Dear Sir/Madam:

This firm represents the interest of the Defendant McKaila Coulter in regards to the above-referenced matter. Enclosed for filing, please find Defendant Coulter's Notice of Motion to Dismiss, Declaration of McKaila Coulter, Proof of Service, and Proposed Form of Order. The Motion will be returnable before the Court on Monday, November 7, 2022.

Thank you for the Court's attention to this matter.

Very truly yours,

**HAMMERMAN ROSEN LLP**

S/ Marvin J. Hammerman, Esq.

Marvin J. Hammerman, Esq.

MJR/sph

cc:  David D. Lin, Esq., Lewis & Lin, LLC 77 Sands Street, 6th Floor, Brooklyn, NY 11201 (via email and ECF)
tJordan Kaplan, Esq. (*via email only*)