<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER TORRE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTINA KARDOONI and<br>MCKAILA COULTER,<br><br>　　　　　　　　　Defendants. | No. 22-4693 (SDW)(MAH)<br><br><br>**ORDER**<br><br><br>December 19, 2022 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 29, 2022, by Magistrate Judge Michael A. Hammer ("Judge Hammer"), (D.E. 22), recommending that this matter be dismissed for lack of personal jurisdiction. This Court has reviewed the reasons set forth by Judge Hammer in the R&R.[1] Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Hammer, (D.E. 22), is **ADOPTED** as the conclusions of law of this Court and this matter is hereby **DISMISSED** for lack of personal jurisdiction.

　　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　___/s/ Susan D. Wigenton_____
　　　　　　　　　　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON, U.S.D.J.**

Orig:　Clerk
cc:　　Parties
　　　　Michael A. Hammer, U.S.M.J.

---

[1] The parties did not file objections to the R&R.